# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 11-3193-CV-S-GAF |
| TERRANCE BETHEA, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

In accordance with the report and recommendation of the United States Magistrate Judge,

**IT IS HEREBY ORDERED** that defendant be, and is hereby, conditionally released under the following conditions:

1. The defendant shall reside at the Carondelet Retirement Manor, 6811 Michigan Ave. St. Louis, MO 63123. He shall cooperate with staff and abide by the rules and regulations governing the facility. Any change in residence will be approved by the Supervising United States Pretrial Services Officer.

2. The defendant shall comply with all outpatient treatment programming, to include mental health treatment and substance abuse treatment if recommended by his treating clinicians.

3. The defendant shall continue to take medication as ordered and as may be adjusted by the treating psychiatrist at the outpatient mental health clinic.

4. The defendant shall participate in the other mental health programs and supportive-type therapies as deemed necessary by his treating mental health professionals. This includes voluntary readmission to a psychiatric hospital on an inpatient basis should it be warranted.

5. The defendant shall refrain from illegal drug and/or alcohol usage and submit to urinalysis testing as warranted by the treating mental health staff or supervising United States Pretrial Services Officer. He shall voluntarily participate in substance abuse treatment if required by his supervising United States Pretrial Services Officer.

6. The defendant shall abstain from owning or possessing firearms or any other weapon. He will be subject to search of room, belongings, and person by his supervising United States Pretrial Services Officer or by residential care staff.

7. The defendant's travel shall be restricted to the designated supervised area. All travel outside of this area will require pre-approval from his supervising United States Pretrial Services Officer.

8. The defendant shall be supervised by the United States Pretrial Services Office responsible for the area in which he is residing. This includes his voluntary consent to release of information between the supervising officer and the treating mental health staff.

**IT IS SO ORDERED.**

<pre>                                        s/ Gary A. Fenner                    
                                        GARY A. FENNER, JUDGE
                                        UNITED STATES DISTRICT COURT</pre>

DATED: July 10, 2013